8, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Frank Verner Johnson* for appellant.

*Edward J. Gavegan* and *George V. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

GAY H. BAUM, Appellant, *v.* UNITED STATES TRUST COMPANY OF NEW YORK et al., as Executors of and Trustees under the Will of MARY A. FLANAGAN, Deceased, et al., Respondents.

*Baum* v. *United States Trust Co.*, 126 App. Div. 904, affirmed.
(Argued January 13, 1909; decided January 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1908, modifying and affirming as modified a judgment in in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by the owner of a life interest in the income of a certain trust fund to obtain possession of the principal thereof on giving security for its return or to obtain the payment of a gross sum in lieu of the income on said principal.

*John M. Harrington* for appellant.

*A. B. Morrison, James C. de la Mare* and *Edward V. Farley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.